**JASON G. REVZIN**
Jason.Revzin@lewisbrisbois.com
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY A. GUERRERO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>　　　　　Defendant. | Case No. 2:18-cv-00659-APG-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Anthony A. Guerrero ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On April 12, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 4, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. Then, Trans Union's counsel will need additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including June 4, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

1       WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including June 4, 2018.

Dated this 3rd day of May, 2018     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/*Jason G. Revzin*
Jason G. Revzin
Jason.revzin@lewisbrisbois.com
Nevada Bar No. 008629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

Dated this 3rd day of May, 2018     **LAW OFFICES OF KEVIN L. HERNANDEZ**

/s/*Kevin L. Hernandez*
Kevin L. Hernandez
kevin@kevinhernandezlaw.com
Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074
(702) 563-4450
(702) 552-0408 Fax
***Counsel for Plaintiff***

## **ORDER**

IT IS HEREBY ORDERED this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including June 4, 2018 is granted.

DATED: May 8, 2018

**HONORABLE CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**

4837-4474-8901.1 [2516040v1]